JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. GARRISON, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>POWER CHEVROLET, a Corporation;<br>EXPERIAN INFORMATION<br>SOLUTONS, INC., an unknown entity;<br>and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.: CV 11-04854 SJO (PLAx)<br><br>**JUDGMENT IN FAVOR OF DEFENDANT POWER CHEVROLET** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

This matter came before the Court on Defendant POWER CHEVROLET's ("Defendant") Motion for Summary Judgment, or in the Alternative, Summary Adjudication of Issues, filed March 12, 2012. (Docket No. 37.) Having reviewed and considered the pleadings and evidence submitted in support of and in opposition to the Motion, the Court finds that the pleadings, discovery, and disclosure materials on file, including the declarations submitted by the parties, show that there is no genuine issue as to any material fact and that Defendant is entitled to judgment as a matter of law. The Court grants Defendant's Motion against Plaintiff JAMES E. GARRISON ("Plaintiff").

1 |      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that summary judgment shall be,
2 | and hereby is, entered in favor of Defendant POWER CHEVROLET as to all claims.
3 |      IT IS SO ADJUDGED.
4 |
5 | Dated this 20th day of April, 2012.

*S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

2